**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TRIAS HOLDING AG,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHEAPMCMBACKPACK.COM OWNER, et al.,<br><br>　　　　　　　Defendants. | Case No. 19-cv-07507<br><br>**Judge Charles R. Norgle**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Trias Holding AG ("MCM" or "Plaintiff"), hereby dismisses this action with prejudice as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| ♡DemonChest♡ | 46 |

Dated this 7th day of February 2020.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ RiKaleigh C. Johnson
　　　　　　　　　　　　　　　　　　　Paul G. Juettner
　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　RiKaleigh C. Johnson
　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　pjuettner@gbc.law
　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　rjohnson@gbc.law

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Trias Holding AG*